UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF CLAREMONT, et al.,<br><br>        Defendants. | Case No.: CV 21-08011-DMG-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice for failure to prosecute and failure to comply with Court orders.

DATED: December 14, 2022

                                                                         _____<br>
                                                                         DOLLY M. GEE<br>
                                                                       UNITED STATES DISTRICT JUDGE