JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRAY, | Case No.: CV 21-08011-DMG-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF CLAREMONT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and failure to comply with Court orders.

DATED: December 14, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE